**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 231301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant JARED BUSSARD (erroneously sued as JERED BASSARD)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN OLIVER | Case No. C 12-1344 WHA (PR) |
| Plaintiff, | [~~PROPOSED~~] ORDER ON APPLICATION FOR EXTENSION OF DEADLINES TO FILE DISPOSITIVE MOTION |
| vs. | |
| JERED BASSARD, | |
| Defendants. | |

Good cause appearing therefore, it is hereby **ORDERED** that the deadline for Defendant's dispositive motion be extended to September 3, 2012.

**IT IS SO ORDERED.**

Dated: September 5, 2012

_____
Honorable William Alsup
United States District Judge

---

1

Case No. C 12-1344 WHA (PR)

**PROPOSED ORDER**

01042922.WPD

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com