1  **PORTER | SCOTT**
   A PROFESSIONAL CORPORATION
2  John R. Whitefleet, SBN 231301
   350 University Ave., Suite 200
3  Sacramento, California 95825
   TEL: 916.929.1481
4  FAX: 916.927.3706

5  Attorneys for Defendant JARED BUSSARD (erroneously sued as JERED BASSARD)

6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

10 IVAN OLIVER                         Case No. C 12-1344 WHA (PR)

11         Plaintiff,                  [~~PROPOSED~~] O R D E R   O N
                                       APPLICATION FOR EXTENSION OF
12 vs.                                 DEADLINES TO FILE DISPOSITIVE
                                       MOTION
13 JERED BASSARD,

14
           Defendants.
15 _____/

16     Good cause appearing therefore, it is hereby **ORDERED** that the deadline for

17 Defendant's dispositive motion be extended to September 3, 2012.

18

19     **IT IS SO ORDERED.**

20

21
   Dated: September 5, 2012
22                                     _____
                                       Honorable William Alsup
23                                     United States District Judge

24

25

26

27

28
                                    1