IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IVAN OLIVER,　　　　　　　　　　　　　　　No. C 12-1344 WHA (PR)

　　　　　Plaintiff,　　　　　　　　　　　　　**ORDER OF DISMISSAL**

　v.

JERED BASSARD,　　　　　　　　　　　　　(Dkt. 15)

　　　　　Defendant.
　　　　　　　　　　　　　　　　　　　　　/

This is a civil rights case filed pro se by an inmate in county jail. On September 6, 2012, the clerk sent him a copy of the order granting defendant an extension of time to the jail address where plaintiff last indicated that he was located. It was returned on September 18, 2012, by the postal service as undeliverable because the address was incorrect. Another order mailed to plaintiff was also returned to the court as undeliverable for the same reason on October 26, 2012. Plaintiff has not notified the clerk of any change of address. As more than sixty days have passed since the mail was returned, the case is **DISMISSED** without prejudice. *See* Local R. 3-11(b); Fed. R. Civ. P. 41. Defendant's motion for summary judgment (dkt. 15) is **DENIED** as moot. The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: January __3__, 2013.　　　　　　　　

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.12\OLIVER1344.311-DSM.wpd